IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KEITH MARTIN MACK,

       Plaintiff,

v.

THE AMERICAN NATIONAL BANK OF
BEAVER DAM, SAGER & COLWIN
LAW OFFICES, EDWARD C. JACOBS,
SAM KAUFMAN, MARK A. HEUER,
MELISSA L. HAESSLY,
HONORABLE WILLIAM D.
JOHNSTON, KIM GRAF and KARIN
LASKA,

       Defendants.

JUDGMENT IN A CIVIL CASE

10-cv-557-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that judgment is entered denying plaintiff Keith Martin Mack's motion for temporary restraining order and dismissing this case for lack of jurisdiction.

_____      10-27-10
Peter Oppeneer, Clerk of Court                  Date