IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

KEITH MARTIN MACK,

                                                 ORDER

            Plaintiff,

                                             10-cv-557-bbc

     v.

THE AMERICAN NATIONAL BANK OF BEAVER DAM,
SAGER & COLWIN LAW OFFICES,
EDWARD C. JACOBS, SAM KAUFMAN,
MARK A. HEUER, MELISSA L. HAESSLY,
HONORABLE WILLIAM D. JOHNSTON,
KIM GRAF, KARIN LASKA and DOES 1-25,

           Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      In this civil action, plaintiff Keith Martin Mack contends that defendants violated several federal and state laws by proceeding with a foreclosure action against his property. On October 27, 2010, I dismissed the case for lack of jurisdiction, concluding that plaintiff's claims were barred completely by the Rooker-Feldman doctrine. In particular, plaintiff was seeking to overturn decisions made by the state court judge in the foreclosure action. On March 7, 2011, I denied plaintiff's motions for reconsideration and to reopen the case and rejected his attempt to remove the state foreclosure action to this court, concluding that

1

because the foreclosure action had been closed since January 5, 2011, the time for removal had long since passed. On April 26, 2011, I denied plaintiff's motions for reconsideration and recusal.

Now plaintiff has filed a notice of appeal of the April 26 decision. Because he has not paid the $455 fee for filing a notice of appeal, I construe the notice as including a request for leave to proceed in forma pauperis on appeal.

Because plaintiff was granted leave to proceed in forma pauperis in this court, he "may proceed on appeal in forma pauperis unless the district court shall certify that the appeal in not taken in good faith or shall find that the party is otherwise not entitled so to proceed." Fed. R. App. P. 24(a). I cannot certify that the appeal is not taken in good faith and I can see no other reason to deny plaintiff's request to proceed in forma pauperis.

ORDER

IT IS ORDERED that plaintiff Keith Martin Mack's motion for leave to proceed in forma pauperis on appeal, dkt. #22, is GRANTED.

Entered this 7th day of June, 2011.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge